UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL J. BECKWITH,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner, Social Security Administration,

    Defendant.

Case No. C04-1488-MJP-JPD

ORDER OF REMAND

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation; and

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 1st day of August, 2005.

Marsha J. Pechman
United States District Court